IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br>2800 POST OAK BOULEVARD<br>HOUSTON, TEXAS 77251-1396,<br><br>                      Plaintiff,<br>v.<br><br>PERMANENT EASEMENT FOR 0.94 ACRES AND TEMPORARY EASEMENTS FOR 1.61 ACRES IN CONESTOGA TOWNSHIP, LANCASTER COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 1203589400000, SICKMAN MILL ROAD<br><br>BLAIR B. MOHN AND MEGAN E. MOHN<br>356 SAND HILL ROAD<br>CONESTOGA, PA 17516<br><br>AND ALL UNKNOWN OWNERS<br><br>                      Defendants. | CIVIL ACTION – LAW<br><br>Docket No. 5:17-CV-00722 |

## ORDER

AND NOW, this 23rd day of August, 2017, upon consideration of Plaintiff's Omnibus Motion for Preliminary Injunction for Possession of Rights of Way by August 18, 2017 Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the accompanying documents, Defendants' opposition thereto, Plaintiff's Reply, and after a hearing and oral argument being held, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** as follows:

(1) Transcontinental Gas Pipe Line Company, LLC ("Transco") has the substantive right to condemn the following easements and rights of way (collectively referred to as the "Rights of Way"):

    a. A permanent right of way and easement of 0.94 acres, as described as "Area of Proposed CPLS R/W" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing but not increasing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment, and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017), together with the right to construct, maintain, operate, repair, alter, replace and remove cathodic protection equipment and the necessary appurtenances thereto, such as but not limited to poles, guy wires, anchors, rectifiers, power lines, cables, deep well anode and anode ground beds under, upon, and over the permanent right of way and easement, and conducting all other activities as approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Further, the landowner shall not build any permanent structures on said permanent right of way or any part thereof, will not change the grade of said permanent right of way, or any part thereof, will not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Transco's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Transco's lawful exercise of any of the rights herein granted without first having obtained Transco's approval in writing; and the landowner will not permit others to do any of said acts without first having obtained Transco's approval in writing. Transco shall have the right from time to time at no additional cost to landowners to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto; and

    b. Temporary easements of 1.61 acres, as described as "Area of Proposed Temporary Work Space #1" and "Area of Proposed Temporary Work Space #2" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all

other activities approved by the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017).

(2) Upon filing the bond required below, beginning August 18, 2017, Transco is granted access to, possession of and entry to the Rights of Way for all purposes allowed under the Order of the Federal Energy Regulatory Commission dated February 3, 2017, Docket No. CP15-138-000, 158 FERC ¶ 61,125 (2017);

(3) In the event of a violation of this Order by Defendants, such as interference with Transco's possession of the Rights of Way by Defendants or by third parties who are authorized by Defendants to be on the Property, the U. S. Marshal Service, or a law enforcement agency it designates, shall be authorized to investigate and to arrest, confine in prison and/or bring before the Court any persons found to be in violation of this Order and in contempt of this Order, pending his/her compliance with the Court's Order.

(4) Transco shall post a bond in the amount of $62,340.00 as security for the payment of just compensation to Defendants.

(5) Transco shall record this Order in the Office of the Recorder of Deeds for Lancaster County, Pennsylvania.

BY THE COURT

_____
Jeffrey L. Schmehl, J.

EXHIBIT A

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY. . . . . 817.33 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . 0.94 ACRE
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 1.61 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . . .

3. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.

   THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| | |

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE CROSSING THE PROPERTY OF BLAIR B MOHN AND MEGAN E MOHN
CONESTOGA TOWNSHIP, LANCASTER COUNTY, STATE OF PENNSYLVANIA

Williams

| NO. | DATE | BY | REVISION DESCRIPTION | W.O NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 0 | 10/18/16 | MP | ISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 1 | 12/19/16 | LF | REISSUED FOR R.O.W. | 1161503 | CJW | MJH |
| 2 | 12/28/16 | STC | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 3 | 01/17/17 | SN | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |

| | | | |
|---|---|---|---|
| DRAWN BY: COM | DATE: 06/09/16 | ISSUED FOR BID: | SCALE: N.T.S. |
| CHECKED BY: MJV | DATE: 10/13/16 | ISSUED FOR CONSTRUCTION: | REVISION: 3 |
| APPROVED BY: MJH | DATE: 10/13/16 | DRAWING NUMBER: 24-1600-70-77-A/PA-LA-006-C.000 | SHEET 1 OF 2 |
| WO 1161503 | PA-LA-006-C.000_MOHN | | |

HILLTOP HOLLOW
LIMITED PARTNERSHIP
1201606900000
PA-LA-007-C.000

COMMONWEALTH OF PENNSYLVANIA REGISTERED PROFESSIONAL LAND SURVEYOR CHRIS H. ROBERTS No. SU075384

1-21-17

PENNSYLVANIA LICENSE NO. SU075384 DATE:
CHRIS H. ROBERTS
HAYES, JAMES & ASSOCIATES, INC.
4145 SHACKLEFORD ROAD, SUITE 300
NORCROSS, GA 30093

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY. . . . . 817.33 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . 0.94 ACRE
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 1.61 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . . ℓ
   POINT OF INTERSECTION . . . . . . . . . . . . . . .

3. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.

   THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

FERC 5

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 0 | 10/18/16 | MP | ISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 1 | 12/19/16 | LF | REISSUED FOR R.O.W. | 1161503 | CJW | MJH |
| 2 | 12/28/16 | STC | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 3 | 01/17/17 | SN | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE CROSSING THE PROPERTY OF
BLAIR B MOHN AND MEGAN E MOHN
CONESTOGA TOWNSHIP, LANCASTER COUNTY,
STATE OF PENNSYLVANIA

Williams

| | | | |
|---|---|---|---|
| DRAWN BY: COM | DATE: 06/09/16 | ISSUED FOR BID: | SCALE: 1" = 100' |
| CHECKED BY: MJV | DATE: 10/13/16 | ISSUED FOR CONSTRUCTION: | REVISION: 3 |
| APPROVED BY: MJH | DATE: 10/13/16 | DRAWING NUMBER: 24-1600-70-T7-A/PA-LA-006-C.000 | SHEET 2 |
| WO: 1161503 | PA-LA-006-C.000_MOHN | 1/17/2017 | OF 2 |

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY. . . . . 891.57 FEET
AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . . 1.02 ACRES
AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . 1.65 ACRES
PROPERTY LINE . . . . . . . . . . . . . . . . . . . . . ℞
POINT OF INTERSECTION . . . . . . . . . . . . . . . . .

3. ROADS

WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| | |

| NO | DATE | BY | REVISION DESCRIPTION | W.O NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 0 | 12/17/15 | BB | ISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 1 | 05/31/16 | TN | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 2 | 11/29/16 | SN | REISSUED FOR R.O.W. | 1161503 | CJW | MJH |

**TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC**
**PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE CROSSING THE PROPERTY OF SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST JOSEPH CONVENT, COLUMBIA PA**
**WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, STATE OF PENNSYLVANIA**

Williams

| | | | |
|---|---|---|---|
| DRAWN BY MA | DATE 07/06/15 | ISSUED FOR BID: | SCALE: N.T.S. |
| CHECKED BY ELR | DATE 08/05/15 | ISSUED FOR CONSTRUCTION: | REVISION: 2 |
| APPROVED BY MJH | DATE 08/05/15 | DRAWING NUMBER: 24-1600-70-77-A/PA-LA-245.000 | SHEET 1 OF 2 |
| WO: 1161503 | PA-LA-245.000_ADORERS | | |

NOTES:

1. BEARINGS SHOWN ARE BASED ON THE PENNSYLVANIA STATE PLANE COORDINATE SYSTEM, NAD83, SOUTH ZONE, US FOOT.

2. LENGTH OF PIPELINE FOR PROPOSED RIGHT OF WAY . . . . . 891.57 FEET
   AREA OF PROPOSED CPLS R/W . . . . . . . . . . . . . . 1.02 ACRES
   AREA OF PROPOSED TEMPORARY WORK SPACE . . . . . . . . . 1.65 ACRES
   PROPERTY LINE . . . . . . . . . . . . . . . . . . .
   POINT OF INTERSECTION . . . . . . . . . . . . . . .

3. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.

   THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT AND REPRESENTS CONDITIONS AS THEY EXIST AT THE COUNTY CLERK'S RECORDS OFFICE. PROPERTY BOUNDARIES SHOWN ARE BASED ON COUNTY ASSESSOR'S MAPS OR FIELD SURVEYS PERFORMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC ON ADJACENT TRACTS. NO CIVIL SURVEY OF THE EASEMENT AREA HAS BEEN PERFORMED. THE ACREAGES SHOWN ARE APPROXIMATE.

12-8-16

PENNSYLVANIA LICENSE NO. SU075384 DATE:
CHRIS H. ROBERTS
HAYES, JAMES & ASSOCIATES, INC.
4145 SHACKLEFORD ROAD, SUITE 300
NORCROSS, GA 30093

0 100 200 300
SCALE IN FEET

| DRAWING NO | REFERENCE TITLE |
|---|---|
| | |

TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC
PROPOSED 42" CENTRAL PENN LINE SOUTH, AREA OF PROPOSED RIGHT OF WAY AND AREA OF PROPOSED TEMPORARY WORK SPACE CROSSING THE PROPERTY OF SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST JOSEPH CONVENT, COLUMBIA PA
WEST HEMPFIELD TOWNSHIP, LANCASTER COUNTY, STATE OF PENNSYLVANIA

Williams

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 0 | 12/17/15 | BB | ISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 1 | 05/31/16 | TN | REISSUED FOR R.O.W. | 1161503 | SGH | MJH |
| 2 | 11/29/16 | SN | REISSUED FOR R.O.W. | 1161503 | CJW | MJH |

| | | | |
|---|---|---|---|
| DRAWN BY: MA | DATE: 07/06/15 | ISSUED FOR BID: | SCALE 1" = 100' |
| CHECKED BY: ELR | DATE: 08/05/15 | ISSUED FOR CONSTRUCTION: | REVISION 2 |
| APPROVED BY: MJH | DATE: 08/05/15 | DRAWING NUMBER: 24-1600-70-77-A/PA-LA-245.000 | SHEET 2 OF 2 |
| WO 1161503 | PA-LA-245.000_ADORERS | | |







